## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **HERMAN OLDS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION 09-0192-WS-N |
| ) | |
| **RETIREMENT PLAN OF** ) | |
| **INTERNATIONAL PAPER COMPANY,** ) | |
| **INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

## FINAL JUDGMENT

In accordance with the Court's order of February 25, 2011, this cause is **remanded** to the defendant for further proceedings not inconsistent with the Court's order.

DONE this 25th day of February, 2011.

                                                      s/ WILLIAM H. STEELE
                                                      CHIEF UNITED STATES DISTRICT JUDGE